# Exhibit A

FILED
7/22/2021 12:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH03397

14148107

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

The Town of Cicero,

_____
Plaintiff(s)

v.

BNSF Railway Company,                    Case No. 2021-CH-03397

_____
Defendant(s)

CT Corporation System, Reg. Agt., 208 S.
LaSalle St., Suite 814, Chicago, IL 60604

_____
Address of Defendant(s)

Please serve as follows (check one):  ☐ Certified Mail  ☒ Sheriff Service  ☐ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

FILED DATE: 7/22/2021 12:29 PM   2021CH03397

DIE DATE
08/21/2021

*03504997*

DOC.TYPE: CHANCERY
CASE NUMBER: 2021CH03397
DEFENDANT
BNSF RAILWAY COMPANY

SERVICE INF
CT CORP SY

208 S LASALLE ST
CHICAGO, IL 60604
STE 814

ATTACHED

**Summons - Alias Summons**                                          ·(03/15/21) CCG 0001 B

FILED DATE: 7/22/2021 12:29 PM   2021CH03337

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/.service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

| | |
|---|---|
| ◉ Atty. No.: 44047 | Witness date **IRIS Y. MARTINEZ JUL 2 2 2021** |
| ○ Pro Se 99500 | |
| Name: Cynthia S. Grandfield, Del Galdo Law Group | |
| Atty. for (if applicable): | Iris Y. Martinez, Clerk of Court |
| Plaintiff, Town of Cicero | **IRIS Y. MARTINEZ** |
| | ☐ Service by Certified Mail: _____ **CLERK OF CIRCUIT COURT** |
| Address: 1441 S. Harlem Ave. | ☐ Date of Service: _____ |
| City: Berwyn | (To be inserted by officer on copy left with employer or other p... |
| State: IL   Zip: 60402 | |
| Telephone: 312.222.7000 | |
| Primary Email: grandfield@dlglawgroup.com | |

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

FILED DATE: 7/22/2021 12:29 PM   2021CH03397

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
                    OR
          ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

FILED
7/22/2021 12:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH03397

14148107

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

The Town of Cicero,

_____
Plaintiff(s)

v.

BNSF Railway Company,

Case No. 2021-CH-03397

_____
Defendant(s)

CT Corporation System, Reg. Agt., 208 S.
LaSalle St., Suite 814, Chicago, IL 60604

_____
Address of Defendant(s)

Please serve as follows (check one): ☐ Certified Mail ☒ Sheriff Service ☐ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 3



DOC. TYPE: CHANCERY
CASE NUMBER: 2021CH03397
DEFENDANT
BNSF RAILWAY COMPANY
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

DIE DATE
08/21/2021

SERVICE INF
CT CORP SY

ATTACHED

Summons - Alias Summons                                          · (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

---

● Atty. No.: 44047

○ Pro Se 99500

Name: Cynthia S. Grandfield, Del Galdo Law Group

Atty. for (if applicable):

Plaintiff, Town of Cicero

Address: 1441 S. Harlem Ave.

City: Berwyn

State: IL    Zip: 60402

Telephone: 312.222.7000

Primary Email: grandfield@dlglawgroup.com

Witness date **IRIS Y. MARTINEZ JUL 2 2 2021**

Iris Y. Martinez, Clerk of Court **IRIS Y. MARTINEZ**
**CLERK OF CIRCUIT COURT**

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

---

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

FILED DATE: 7/22/2021 12:29 PM   2021CH03397

FILED DATE: 7/22/2021 12:29 PM   2021CH03397

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

FILED
7/13/2021 3:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH03397

14022991

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | |
|---|---|
| The TOWN OF CICERO, <br> an Illinois municipal corporation, <br><br>     *Plaintiff,* <br><br> v. <br><br> **BNSF RAILWAY COMPANY,** <br><br>     *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No.   **2021CH03397** |

## COMPLAINT FOR INJUNCTIVE RELIEF AND ABATEMENT OF CONTINUING PUBLIC NUISANCE AND TRESPASS

NOW COMES Plaintiff, the TOWN OF CICERO ("Town"), by and through its attorneys, Del Galdo Law Group, LLC., and for its Complaint against Defendant BNSF RAILWAY COMPANY ("BNSF"), states:

### Common Facts

1. The Town is a home rule municipality located in the County of Cook, State of Illinois. At all relevant times, the Town operates and maintains a combined sewer system.

2. Portions of the Town's combined sewer system are over 100 years old, such as large diameter brick piping dating back to 1911.

3. Because of the age of this system, it is a "combined" system in that it includes both sanitary and storm sewerage water.

4. BNSF is a railway company, that operates one of the largest railroad networks in North America, with 32,500 miles of rail across the western two-thirds of the United States. BNSF owns and operates an intermodal rail and

maintenance yard at 5601 W. 26th Street in Cicero, Illinois, which bisects the Town and runs east-west in the area south of 26th Street.

5. The Subject Property sits on over 250 acres and occupies approximately 7% of the Town's total land. On information and belief, it is the largest private parcel of land in the Town.

6. This case arises from BNSF's development of the Subject Property, inclusive of filling and paving on its property, as well as raising the elevation several feet, which have had the effect of reducing the permeable surface and causing excessive runoff of stormwater into the Town and its system during rain events, flooding of the Town, and the degradation of the Town's combined system as further described in this Complaint.

7. Jurisdiction and venue are proper as all parties are located in or do business in Cook County, Illinois and all events complained of occurred in Cook County.

8. In 2020, the State of Illinois issued Bulletin 75, addressing rainfall data and describing a 13 percent increase in the 100 year – 24 hour storm. Broadly, this notification (adopted by the Metropolitan Water Reclamation District ("MWRD")) also coincides with observable increases in rainfall in recent years in Illinois, which have increased the stress on stormwater drainage systems both overall and with respect to particular weather events during which saturation of ground water may quickly increase.

9. The Town's combined system is particularly vulnerable to increases in stormwater given its age and original design and capacity.

10. On information and belief, BNSF's increasing of the elevation of its property by adding fill and the increased paving on the property has caused and continues to cause flooding in the Town and in some cases with surcharges of excessive stormwater sufficient to flood entire streets and create "waterfall" or "river" effects, as well as flooding the yards of residents and generally leading to standing water.

11. On information and belief, this flooding has particularly affected and continues to affect 31st Street and Ogden in the Town.

12. On information and belief, BNSF has no retention ponds or other drainage to address this excessive amount of stormwater runoff.

13. The Subject Property was previously largely soil or aggregate, and in an unraised condition – but has now been paved and filled to an increased elevation of approximately 2-3 feet, as evidenced by several layers of fill when digging on site has occurred and by only seeing the tops of previously existing fire hydrants on site.

14. On information and belief, increasing the elevation of a site increases the flow and amount of stormwater runoff from a property. Additionally, paving over surfaces leads to a larger amount of runoff as those surfaces are impermeable and unable to absorb runoff in the manner and at the rate of a soil or aggregate surface.

3

15. On information and belief, on and before the date of this Complaint, BNSF has engaged in backfilling, paving, and other grading on site that further disturbed the natural elevation and drainage of the Subject Property and damaged and continues to damage neighboring property through overflow of stormwater and flooding as further described herein.

16. On information and belief, BNSF purposefully increased the elevation, placed fill, engaged in backfilling and increased the amount of paving on its property in such a manner so that stormwater would run off BNSF's property and flood the streets and property of the Town and its residents.

17. The failure to appropriately provide for stormwater management does not comply with common law duties of property ownership and maintenance and leads to flooding and standing water of water to the Town and surrounding area, which is coming from a heavily industrial site that likely contains contaminants or other pollutants and damages the public health, safety and welfare of the Town and its residents.

18. These actions by BNSF will result in and continue to result in further encroachment and increasing amounts of overflow which will overwhelm Town utilities and interfere with the quiet enjoyment of properties around the Subject Property, notwithstanding that the Town and its residents have not assented to the placement of excess stormwater and contaminant matter upon their property and BNSF has not taken sufficient care to prevent the same or protect the public from resultant injury.

4

## Count I – Trespass

19. The Town realleges and incorporates the above paragraphs as if fully stated here.

20. BNSF at all times relevant had a duty not to trespass upon Town land and property, whether directly or by causing diversion of excessive stormwater upon neighboring property and into the Town's storm and sewer system, so as to interfere with the use and enjoyment of the land and property.

21. In violation of the duty aforesaid, BNSF directed or failed to prevent the entry of large quantities of excessive stormwater to neighboring properties and the Town's storm and sewer system, thereby causing damaging and polluted liquids to be deposited on and/or corrode the integrity of nearby land and property, compromising their integrity, capacity for quiet enjoyment and/or causing great damage to the same.

22. These violations were undertaken without permission, consent, or other privilege to divert stormwater unnaturally and in excessive amounts so as to overwhelm and tax the Town's system as well as flood the surrounding area of the Town.

23. As a result, the Town has been damaged in a taxing of resources by the excess stormwater, flooding, damage to public health, safety and welfare, and resultant harms.

WHEREFORE, Plaintiff, the TOWN OF CICERO, prays that this Honorable Court enter judgment in its favor and against Defendants and in so doing further order any and all such relief as is just and proper, including but not limited to:

(a) Ordering that BNSF construct appropriate detention ponds or other drainage system apparatuses sufficient to address and retain stormwater runoff;

(b) Ordering that BNSF otherwise demonstrate through studies or other submissions that it has remediated the flow of stormwater during weather events to a level consistent with naturally occurring overflow;

(c) That BNSF otherwise abate and remediate so as to prevent stormwater runoff from its property invading the property of the Town and its residents.

(d) Enjoin BNSF from further directing stormwater runoff into the Town's system as well as causing the system to be overwhelmed and causing any flooding to surrounding property within the Town.

### Count II – Public Nuisance

24. The Town realleges and incorporates the above paragraphs as if fully stated here.

25. The citizens of the Town and the general public have a right to the quiet enjoyment of public property surrounding the Subject Property and to the preservation of resources, including but not limited to sewer and storm water lines, without unnecessary diversion.

6

26. The depositing of excessive stormwater into neighboring property from the Subject Property constitutes a substantial and unreasonable interference of these rights by BNSF, in that, without limitation, it causes and proximately causes a substantial annoyance, inconvenience, and injury to the public through damage to neighboring property and degradation as well as overwhelming of storm and sewer lines, which endangers the public health.

27. Further, the depositing of such stormwater when mixed with pollutants and other industrial runoff from the Subject Property, or with sewerage backup caused by capacity overloads, further causes and constitutes a health hazard and an injury to the public which would otherwise not be forced to endure the same exposure to such materials and contaminants intended to be contained in subsurface lines.

28. Further still, this excessive amount of stormwater runoff and flooding created by BNSF causes and proximately causes the fundamental right of the Town and its residents to a healthful environment pursuant to Article XI of the Illinois Constitution to be impaired.

29. Said injury is of an ongoing and periodically repeating nature and will continue unrestrained in the absence of intervention to remediate drainage issues at and extending from the Subject Property.

WHEREFORE, Plaintiff, the TOWN OF CICERO, prays that this Honorable Court enter judgment in its favor and against Defendants and in so doing further order any and all such relief as is just and proper, including but not limited to:

(a) Ordering that BNSF construct appropriate detention ponds or other drainage system apparatuses sufficient to address and retain stormwater runoff;

(b) Ordering that BNSF otherwise demonstrate through studies or other submissions that it has remediated the flow of stormwater during weather events to a level consistent with naturally occurring overflow;

(c) That BNSF otherwise abate and remediate so as to prevent stormwater runoff from its property invading the property of the Town and its residents.

(d) Enjoin BNSF from further directing stormwater runoff into the Town's system as well as causing the system to be overwhelmed and causing any flooding to surrounding property within the Town.

Respectfully submitted,
The TOWN OF CICERO

By:    /s/ *Cynthia S. Grandfield*
Cynthia S. Grandfield

Cynthia S. Grandfield
Timothy A.M. Woerner
Michael A. Albert
DEL GALDO LAW GROUP, LLC. (#44047)
(312) 222-7000 (t)
grandfield@dlglawgroup.com
*Please direct all mailings to:*
1441 S. Harlem Avenue
Berwyn, Illinois 60402

8



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Fri, Jul 30, 2021

**Server Name:**             Sheriff Drop

| Entity Served | BNSF RAILWAY COMPANY |
|---|---|
| Case Number | 2021CH03397 |
| Jurisdiction | IL |



Hearing Date: 11/10/2021 9:30 AM - 9:30 AM
Courtroom Number: 2305
Location: District 1 Court
        Cook County, IL

FILED
7/13/2021 3:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH03397

14022991

FILED DATE: 7/13/2021 3:21 PM  2021CH03397

**Chancery Division Civil Cover Sheet**
**General Chancery Section**

(12/01/20) CCCH 0623

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

The Town of Cicero, a municipal corporation
                         Plaintiff

            v.

BNSF Railway
                         Defendant

Case No: **2021CH03397**

## CHANCERY DIVISION CIVIL COVER SHEET
## GENERAL CHANCERY SECTION

A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the box in front of the appropriate category which best characterizes your action being filed.

**Only one (1) case type may be checked with this cover sheet.**

| | | |
|---|---|---|
| 0005 ☐ Administrative Review | 0017 ☐ Mandamus | |
| 0001 ☐ Class Action | 0018 ☐ Ne Exeat | |
| 0002 ☐ Declaratory Judgment | 0019 ☐ Partition | |
| 0004 ☑ Injunction | 0020 ☐ Quiet Title | |
| | 0021 ☐ Quo Warranto | |
| 0007 ☐ General Chancery | 0022 ☐ Redemption Rights | |
| 0010 ☐ Accounting | 0023 ☐ Reformation of a Contract | |
| 0011 ☐ Arbitration | 0024 ☐ Rescission of a Contract | |
| 0012 ☐ Certiorari | 0025 ☐ Specific Performance | |
| 0013 ☐ Dissolution of Corporation | 0026 ☐ Trust Construction | |
| 0014 ☐ Dissolution of Partnership | 0050 ☐ Internet Take Down Action (Compromising Images) | |
| 0015 ☐ Equitable Lien | | |
| 0016 ☐ Interpleader | ☐ Other (specify) _____ | |

◉ Atty. No.: 44047 _____ ☐ Pro Se 99500

Atty Name: Cynthia Grandfield, Del Galdo Law Group, LLC

Atty. for: Plaintiff

Address: 1441 S. Harlem Avenue

City: Berwyn      State: IL

Zip: 60402

Telephone: 312-222-7000

Primary Email: grandfield@dlglawgroup.com

Pro Se Only: ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: _____

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 1

Fee Exempt and Reduced Fee Agency Cover Sheet      **(06/02/16) CCG N020 A**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Cook County, IL

FILED    14022991
7/13/2021 3:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH03397

**The Town of Cicero, a municipal corporation**

v.

**2021CH03397**
No. _____

**BNSF Railway Company**

Hearing Date: 11/10/2021 9:30 AM - 9:30 AM
Courtroom Number: 2305
Location: District 1 Court
     Cook County, IL

FILED DATE: 7/13/2021 3:21 PM  2021CH03397

## FEE EXEMPT AND REDUCED FEE AGENCY COVER SHEET

In order to ensure the proper collection of fees, a Fee Exemption Cover Sheet shall be filed with the initial pleading by a party in all civil actions filed by a law enforcement agency or unit of local government wherein such agency seeks a fee exemption. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please mark the classification exempting the agency filing this action from the full amount of statutory fees, and sign the cover sheet as indicated on the reverse side.

*Exemptions pursuant to 705 ILCS 105/27.2 and 705 ILCS 105/27.2a:*

❑ Illinois Attorney General

❑ Illinois State Appellate Defender

❑ Illinois Office of the Appellate Prosecutor

❑ Illinois County Public Defender's Office

❑ Illinois County State's Attorney's Office

❑ Illinois State Police

❑ Illinois Department of Corrections

❑ Municipal Police

❑ Sheriff's Department within the State of Illinois

❑ CHA Police

❑ CTA Police

❑ Cook County Forest Preserve Police

❑ University/College Police

❑ Metra Police

❑ Park District Police

❑ Illinois Gaming Board Special Agents

❑ Other: _____
                   (Name of Agency)

*Other agencies/case types exempt from fees:*

❑ The Director of the Department of Insurance under 215 ILCS 5/203

❑ The Illinois Department of Revenue under 35 ILCS 5/1106

❑ The Illinois Department of Revenue under 35 ILCS 520/20

❑ Any action instituted under 65 ILCS 5/11-31-1(b) by a private owner or tenant of real property

❑ Department of Children and Family Services under 755 ILCS 5/11a-10 (c) (The Probate Act")

❑ Appointment of a guardian under 755 ILCS 5/11-11 (proper expenditure of public assistance; collection, disbursement or administering of money or assets derived from money awarded by the Veteran's Administration; minor patient in a State mental health or developmental disabilities facility, estate value less than $1,000)

❑ Appointment of a guardian under 755 ILCS 5/11a-13 (estate of mentally disabled person residing in a state mental health or developmental disabilities facility, estate value less than $1,000; Office of the State Guardian)

❑ Claimants in proceedings under the Unemployment Insurance Act, 820 ILCS 405/1200

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 2

Fee Exempt and Reduced Fee Agency Cover Sheet                     (06/02/16) CCG N020 B

❑ An action under 35 ILCS 200/22-35 for reimbursement of a municipality before issuance of a tax deed

**Other agencies/case types exempt from fees (Continued from page 1):**

❑ The investigative arm of the Attorney Registration and Disciplinary Commission

❑ Cook County officials, departments and agencies pursuant to Cook County, Illinois, Code of Ordinances, Part I, Chapter 18, Article II, Sec. 31 (b)

❑ Department of Children and Family Services if it is the petitioner where the minor has been committed by the court to DCFS under the Juvenile Court Act of 1987, 755 ILCS 5/11a-10 (c)

**The following units of local government receive reduced fees as outlined in 705 ILCS 105/27.2:**

❑ City of Chicago                                    ❑ CTA
■ Municipality/Township                              ❑ Metra
❑ Road District                                      ❑ Pace
❑ Fire Protection District                           ❑ Regional Transit Authority
❑ Park District                                      ❑ Municipal License Appeal Commission
❑ Mosquito Abatement District                        ❑ Chicago Board of Education
❑ Public Health District                             ❑ School District
❑ Airport Authority                                  ❑ Library District
❑ City Colleges of Chicago                           ❑ Metropolitan Water Reclamation District
❑ Hospital District                                  ❑ Conservation District
❑ Chicago Housing Authority                          ❑ Other: _____
❑ Department of Public Works                                        (Name of Agency)

By: /s/ Cynthia S. Grandfield          Cynthia S. Grandfield
_____              _____
       (Signature)                             (Printed Name)

Del Galdo Law Group, LLC               Attorney
_____              _____
   (Affiliation with Agency)            (Title if with Agency, Attorney, etc.)

On behalf of  the Town of Cicero
_____
                    (Agency)

and the Agency Head (Director, CIO, etc.), _____
                                                    (Printed Name)

Your Attorney Code: 44047 _____     Your Telephone No.: ( 312 ) 222-7000

Primary Email: grandfield@dlglawgroup.com
Secondary Email: docketing@dlglawgroup.com
Tertiary Email: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 2 of 2

FILED DATE: 7/13/2021 3:21 PM 2021CH03397

Case: 1:21-cv-04583 Document #: 1-1 Filed: 08/27/21 Page 22 of 30 PageID #:28

KHKT  CC00F888         CHANCERY ELECTRONIC DOCKET              DATE: 08/24/2021

STATUS: PENDING     APPEAL:          298:         RVP:
21-CH-03397  11 TOWN OF CICERO          -V- BNSF RAILWAY COMPANY      07/13/21

07/13/21 TOWN OF CICERO                                  $211.00    I01000001
INJUNCTION COMPLAINT FILED
44047 DELGALDO LAW GROUP LLC   1441 SOUTH HARLEM  BERWYN          60402 222-7000

07/13/21 TOWN OF CICERO                                             I01000002
CERTIFICATE FILED
44047 DELGALDO LAW GROUP LLC   1441 SOUTH HARLEM  BERWYN          60402 222-7000

07/13/21 TOWN OF CICERO                                             I01000003
CERTIFICATE FILED
44047 DELGALDO LAW GROUP LLC   1441 SOUTH HARLEM  BERWYN          60402 222-7000

07/13/21 TOWN OF CICERO          MEYERSON, PAMELA MCLEAN
CASE SET ON CASE MANAGEMENT CALL                 ROOM 2305   9:30 11/10/21
44047 DELGALDO LAW GROUP LLC   1441 SOUTH HARLEM  BERWYN          60402 222-7000


PAGE NO: ____    ACT DATE: _____    F3=RETURN  F7=BACK  F8=FWD  PAUSE/BREAK=EXIT
PAGE   1 OF    2 FOR CASE 21-CH-03397    F4=298 DETAILS    F9=APPEALS DETAILS

KHKT   CC00F888              CHANCERY ELECTRONIC DOCKET              DATE: 08/24/2021

07/22/21 TOWN OF CICERO                                              I01000004
SUMMONS ISSUED AND RETURNABLE
44047 DELGALDO LAW GROUP LLC   1441 SOUTH HARLEM   BERWYN      60402 222-7000

08/02/21 BNSF RAILWAY COMPANY      SUMMONS RECVD ELECTRONICALLY        P00000005
SUMMONS - RETD P.S.                                                  07/30/21

08/17/21 BNSF RAILWAY COMPANY      SUMMONS RECVD ELECTRONICALLY        P00000006
SUMMONS - RETD P.S.                                                  08/12/21

                    *** END OF DATA FOR 21-CH-03397  ***

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| The TOWN OF CICERO,<br>an Illinois municipal corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. |
| vs. | )<br>) |
| BNSF RAILWAY COMPANY, | )<br>) |
| Defendant. | ) |

## DECLARATION OF BRENNAN CAUGHRON

I, Brennan Caughron, declare under penalty of perjury the following:

1.      I am a Manager of Engineering for BNSF Railway Company ("BNSF").  I submit this declaration in support of BNSF's Notice of Removal.  I am over the age of 18, am competent to testify, and make the following declaration based on my education, training, experience, professional qualifications, and my understanding of the matters herein based on my personal knowledge or my access to BNSF's business records.  As to those facts herein stated on information and belief, I am informed and believe them to be true.

2.      I have worked for BNSF for more than eight years.  For the last two and a half years, I have worked in my current role as Manager of Engineering.  As Manager of Engineering, my responsibilities include managing in-house project engineers and external consulting teams to design and construct projects at BNSF's intermodal and automotive rail facilities.  My current role includes, but is not limited to, overseeing expansion and reconfiguration projects.  These types of projects typically involve working with in-house engineers and external consultants to conduct project surveys, studies, and modeling; finalize project designs; bid projects; obtain applicable permits; and execute project construction.

3.      Prior to my current role as Manager of Engineering, between 2013 and 2018, I held the roles of Project Engineer and, subsequently, Manager of Hub Operations for BNSF in the greater Chicago area.  From my years of experience working with BNSF in my current and previous positions and my review of BNSF's records, I am readily familiar with BNSF's railyard in Cicero, Illinois, including the configuration and spacial constraints of the facility.

4.      I understand that in its Complaint in this lawsuit, Cicero demands that BNSF:

    a.  Construct detention ponds or other drainage system apparatuses to address and retain stormwater runoff, if any;

    b.  Demonstrate to Cicero through studies or other submissions that it has remediated the flow of stormwater during weather events to a level consistent with naturally occurring overflow; and

    c.  Otherwise abate and remediate so as to prevent stormwater runoff from BNSF's property, if any, from invading the property of the Town and its residents, among other relief.

5.      It is not clear from Cicero's Complaint the exact work that Cicero demands that BNSF undertake, and the cost to undertake any such work on the property cannot be determined precisely without better information.  However, if BNSF were to be required to construct a detention pond or other additional drainage apparatuses at its Cicero property, that process would require BNSF to, at a minimum: (1) engage external consultants to study the stormwater system on the property; (2) conduct modeling of stormwater runoff from the property; (3) work with in-house project engineers and/or external consulting teams to design a detention pond and/or other drainage apparatuses; (4) issue a request for bids for the project; (5) evaluate the bids; (6) obtain any applicable permits; and (7) retain an external contractor to complete the construction project.

6.      Given the space constraints of BNSF's Cicero property, and based on my best understanding of the work Cicero demands in its Complaint, any new above-ground surface detention would displace existing infrastructure and/or disrupt BNSF's current operations at the

- 2 -

property.  If BNSF were to be required to construct an underground detention system, such a project would cause a significant and costly disruption to BNSF's operations, given that it would require BNSF to take areas of the property out of service; remove structures and/or tracks in the project area; excavate the site; execute construction of the project; and replace structures and/or tracks disturbed or removed during the project.

7.      In addition, if BNSF were required to provide Cicero a study demonstrating that the flow of stormwater from BNSF's property during weather events is at a level consistent with naturally occurring overflow (and it is unclear exactly what this means), BNSF would be required to engage an outside consultant to study stormwater at the site and prepare such a report.

8.      Based on my years of experience working with BNSF—including overseeing projects that required engaging external consultants to perform project studies, design, and modeling involving stormwater—I estimate that undertaking even some of the project stages described above would significantly exceed $75,000, and a complete study and construction project would vastly exceed $75,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8-27-2021        By: _____
                                  Brennan Caughron

# Exhibit C

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT—CHANCERY DIVISION**

| | |
|---|---|
| The TOWN OF CICERO,<br>an Illinois municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2021-CH-03397

**NOTICE TO CIRCUIT CLERK OF FILING NOTICE OF REMOVAL**

Please take notice that on August 27, 2021, Defendant BNSF Railway Company filed a Notice of Removal pursuant to 28 U.S.C. § 1332(a), 1441, and 1446, in the office of the Clerk of the United States District Court for the Northern District of Illinois, to effect removal of this action to the United States District Court. Accordingly, no further proceedings should be had on this matter in the Circuit Court of Cook County. A copy of Defendant's Notice of Removal is attached hereto as **Exhibit A**.

Dated: August 27, 2021

**BNSF RAILWAY COMPANY,**

By: _/s/ Renato Mariotti_

Renato Mariotti
Holly H. Campbell
THOMPSON COBURN LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603
312.346.7500
rmariotti@thompsoncoburn.com
hcampbell@thompsoncoburn.com

*Attorneys for BNSF Railway Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 27th day of August, 2021, I electronically filed the foregoing Notice of Removal with the Clerk of the Court, and have served via electronic mail the Notice of Removal to the following:

Cynthia S. Grandfield
Timothy A.M. Woerner
Michael A. Albert
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Avenue
Berwyn, Illinois 60402
grandfield@dlglawgroup.com
woerner@dlglawgroup.com
albert@dlglawgroup.com

*/s/ Renato Mariotti*