

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Renato Mariotti

Firm   Paul Hastings LLP

Street Address   71 S. Wacker Drive, 45th Floor

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-499-6005

Email address   renatomariotti@paulhastings.com

ARDC (Illinois State Bar members, only)   6323198

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:23-cv-14333 | IFCJ v FRANS | Joan Lefkow |
| 1:22-cv-01342 | Soelect v Hyundai | Jeremy Daniel |
| 1:22-cv-00160 | Haymarket DuPage v Itasca | Steven Seeger |
| 1:21-cv-04583 | Cicero v. BNSF | Steven Seeger |
| 1:21-cv-03072 | BNSF v. Cicero | Steven Seeger |
| 1:20-cr-00897 | US v. Chunjie Zhu | Thomas Durkin |

/s/ Renato Mariotti                     July 2, 2024
Signature of Attorney                  Date

Rev. 01272016